

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-22-00017-CV

Wolfgang P. Hirczy **DE MINO**, Ph.D.
Appellant

v.

Felipe N. **GOMEZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI19920
Honorable Cathy Stryker, Judge Presiding

## ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against the appellant.

It is so **ORDERED** on February 16, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
Michael A. Cruz, Clerk of Court